BEFORE THE SECOND DIVISION, APRIL 29, 1968

**No. P68/226.**—Sinclair Paint Co. et al. *v.* United States, protests 67/3017, etc. (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

**No. P68/227.**—Shriro Trading Corp. *v.* United States, protests 61/408 and 64/23713 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sledge hammers and sledge heads similar in all material respects to those the subject of *James S. Baker (Imports) Co.* and *Ted L. Rausch et al.* v. *United States* (58 Cust. Ct. 553, C. D. 3048), the claim of the plaintiff was sustained.